# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES JAMES,** | : | CIVIL ACTION |
| *Plaintiff, pro se* | : | |
| | : | NO. 24-2220 |
| **v.** | : | |
| | : | |
| **J.P. MORGAN CHASE BANK,** | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 2nd day of September 2025, upon consideration of Defendant J.P. Morgan Chase Bank's ("Defendant") *motion to dismiss for failure to state a claim*, (ECF 8), Plaintiff's motion to deny Defendant's motion, (ECF 14),[1] Defendant's response, (ECF 15), Plaintiff's reply, (ECF 16), Defendant's sur-response, (ECF 19), and Plaintiff's sur-reply, (ECF 22), it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion to dismiss is **GRANTED.**

It is further **ORDERED** that Defendant's motion to deny Plaintiff's motion to dismiss, (ECF 14), is **DENIED**.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1] On July 29, 2024, Plaintiff filed what is captioned a "motion" requesting the Court deny Defendant's motion to dismiss. (ECF 14). However, the content of Plaintiff's July 29, 2024 filing reveals it is really a *response* in opposition to Defendant's June 24, 2024 motion to dismiss, and not a standalone *motion*. This Court will treat Defendant's July 29, 2024 filing and all related pleadings as a motion and response in opposition.